CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARCY J. BERGMAN (SBN: 75826)
marcy.bergman@bryancave.com
MERRIT M. JONES (SBN: 209033)
merrit.jones@bryancave.com
BRYAN CAVE LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Attorneys for Defendants
Wells Fargo Bank, National Association and Cost Plus, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY COLSTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, in representative capacity as trustee; COST PLUS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:16-CV-05169-EJD<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: 7/31/18                              CENTER FOR DISABILITY ACCESS

                                            By:  /s/ Phyl Gace
                                                 Phyl Grace
                                                 Attorneys for Plaintiff

Dated: 7/31/18                              BRYAN CAVE LLP

                                            By:  /s/ Marcy J. Bergman
                                                 Marcy J. Bergman
                                                 Merrit M. Jones
                                                 Attorneys for Defendants
                                                 Wells Fargo Bank, National Association
                                                 and Cost Plus, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Merrit M. Jones, counsel for Wells Fargo Bank, National Association and Cost Plus, Inc., and that I have obtained Ms. Jones's authorization to affix her electronic signature to this document.

Dated: 7/31/18                              CENTER FOR DISABILITY ACCESS

                                            By /s/ Phyl Gace _____
                                                Phyl Grace
                                                Attorney for Plaintiff