UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOBBY COLSTON,

    Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, in representative capacity as trustee; COST PLUS, INC., a California Corporation; and Does 1-10,

    Defendants.

Case No.: 5:16-CV-05169-EJD

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for  Oct. 4, 2018  at  10:00 am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. Parties shall file a response to OSC OR Status Report by Sept. 24, 2018.

**IT IS SO ORDERED.**

Dated: 7/31/2018

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

Order    -1-    5:16-CV-05169-EJD