CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARCY J. BERGMAN (SBN: 75826)
marcy.bergman@bryancave.com
MERRIT M. JONES (SBN: 209033)
merrit.jones@bryancave.com
BRYAN CAVE LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Attorneys for Defendants
Wells Fargo Bank, National Association and Cost Plus, Inc.

**IT IS SO ORDERED**
Judge Edward J. Davila
9/25/2018

The Clerk shall close this file.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY COLSTON, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, in representative capacity as trustee; COST PLUS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 5:16-CV-05169-EJD <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                           Case: 5:16-CV-05169-EJD

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 24, 2018     CENTER FOR DISABILITY ACCESS

                                                  By:     /s/ Phyl Grace
                                                          Phyl Grace
                                                          Attorneys for Plaintiff

Dated: September 24, 2018     BRYAN CAVE LLP

                                                By:     /s/ Merrit M. Jones
                                                          Marcy J. Bergman
                                                          Merrit M. Jones
                                                          Attorneys for Defendants
                                                          Wells Fargo Bank, National
                                                            Association and Cost Plus, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Merrit M. Jones, counsel for Wells Fargo Bank, National Association and Cost Plus, Inc., and that I have obtained Ms. Jones's authorization to affix her electronic signature to this document.

Dated: September 24, 2018        CENTER FOR DISABILITY ACCESS

                    By:    /s/ Phyl Grace
                           Phyl Grace
                           Attorneys for Plaintiff